**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
  Email: *Decker@luch.com*
Andrew Q. Thompson, State Bar No. 340286
  Email: AThompson@luch.com
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CONSOLIDATED STREET SWEEPING, INC., a California corporation,<br><br>Defendant. | Case No.: 8:24-CV-00795-FWS-ADS<br><br>ASSIGNED TO THE HONORABLE FRED W. SLAUGHTER<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2)]<br><br>**FILED SEPARATELY, CONCURRENTLY AND IN SUPPORT THEREOF:**<br>1. **MEMORANDUM OF POINTS AND AUTHORITIES;**<br>2. **DECLARATION OF BERNARDO RAMOS;**<br>3. **DECLARATION OF IGAL KHOSHLESAN;**<br>4. **DECLARATION OF ANDREW QUINN THOMPSON; AND**<br>5. **[PROPOSED] JUDGMENT.**<br><br><u>Hearing Date</u><br>Date:     August 29, 2024<br>Time:    10:00 a.m.<br>Ctrm:    10D<br>             411 West Fourth Street<br>             Santa Ana, CA  92701 |

TO THE HONORABLE FRED W. SLAUGHTER, THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND DEFENDANT, CONSOLIDATED STREET SWEEPING, INC.:

**PLEASE TAKE NOTICE** that on August 15, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, will, and hereby do, move the Court in Courtroom 10D located at 411 West Fourth Street, Santa Ana, CA 92701, before the Honorable Fred W. Slaughter, United States District Judge, for entry of default judgment in favor of Trustees and against Defendant, Consolidated Street Sweeping, Inc., a California corporation, for the principal amount of $5,902.96 exclusive of attorneys' fees and costs.

This motion will be made on the grounds that the complaint in this action was filed on April 11, 2024, and served on Defendant on May 4, 2024. The declaration of service was filed on May 8, 2024. No answer or other response to the complaint has been filed, and Defendant's default was entered in the Civil Docket in the office of the Clerk of this Court on June 11, 2024.

Defendant is a corporation and this motion does not seek a default judgment against an infant or incompetent person, nor does the Soldiers' and Sailors' Relief Act of 1940 or the Service members' Civil Relief Act apply in this action.

///
///
///
///
///

This motion will be based on this notice of motion and motion, the declarations of Bernardo Ramos, Igal Khoshlesan, and Andrew Quinn Thompson, the memorandum of points and authorities filed herewith, the proposed judgment lodged herewith, and on all the pleadings and documents on file herein.

Dated: July 11, 2024            LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ - *Andrew Quinn Thompson*
   Andrew Quinn Thompson, Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.