JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED STREET SWEEPING, INC., <br><br> Defendant. | Case No. 8:24-CV-00795-FWS-ADS <br><br> **JUDGMENT** |

1   After full consideration of the pleadings and papers on file in this case, the
2   evidence on record, the argument of counsel, and the applicable law; consistent with
3   the court's August 29, 2024, order granting Plaintiffs' motion for default judgment;
4   and good cause appearing:

5   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs
6   Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
7   Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
8   Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees
9   of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract
10  Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall
11  recover from Defendant, Consolidated Street Sweeping, Inc., the principal amount of
12  $5,902.96, attorneys' fees of $9,994.90, and costs of $490.31, as well as post-
13  judgment interest as provided by law from the date of entry of the judgment herein
14  until paid in full.

16  Dated: August 28, 2024

      _____
      Hon. Fred W. Slaughter
      UNITED STATES DISTRICT JUDGE

20  CC: FISCAL